No. 368. TYLER, EXECUTRIX, *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1940. Pe-

tition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Harry B. Betty* for petitioner. *Solicitor General Biddle* for respondent.